FILED
U.S. District Court
District of Kansas
11/9/2020

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
## District of Kansas

Clerk, U.S. District Court
By_____AA_____Deputy Clerk

In the Matter of the Search of:
*(Briefly describe the property to be searched or identify the person by name and address)*

Information associated with the Facebook usernames, ID's, URL's: https://www.facebook.com/franklin.kaber (100003387275371) and https://www.facebook.com/jay.suazo.98 (100029622317650), that are stored at premises owned,maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California

}
}
}
}
}
}

Case No.    20-6148-GEB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Information associated with the Facebook usernames, ID's, URL's: https://www.facebook.com/franklin.kaber (100003387275371) and https://www.facebook.com/jay.suazo.98 (100029622317650), that are stored at premises owned,maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California

located in the **DISTRICT OF KANSAS**, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment "A"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

✓ evidence of a crime;

✓ contraband, fruits of crime, or other items illegally possessed;

✓ property designed for use, intended for use, or used in committing a crime;

a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Possess with the intent to distribute controlled substances |
| 21 USC 843 | Unlawful use of a communication device to aid in a drug trafficking crime |
| 21 USC 846 | Conspiracy to distribute controlled substances |

The application is based on these facts:

See Attached Affidavit

✓ Continued on the attached sheet.

✓ Delayed notice of __30__ days (give exact ending date if more than 30 days:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SA ERIK BROWN, DEA
*Printed name and title*

~~Sworn to before me and signed in my presence.~~

Date: _____11/9/2020_____

_____
*Judge's signature*

HONORABLE GWYNNE E. BIRZER, U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state: Wichita, Kansas

Attested to by the Affiant, in accordance with the requirements of Fed.R.Crim.P. 41(d)(3), by telephone or other reliable electronic means, to wit: Zoom conferencing on November 9, 2020.

_____
HONORABLE GWYNNE E. BIRZER, U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH **FACEBOOK USER NAMES, ID's, URL's**:<br><br>https://www.facebook.com/franklin.kaber (100003387275371)<br><br>AND<br><br>https://www.facebook.com/jay.suazo.98 (100029622317650) | Case No. ___20-6148-GEB_____<br>**[Filed Under Seal]** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Erik Brown, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for information associated with a Facebook user account that is stored at premises owned, maintained, controlled, or operated by Facebook, a social networking company headquartered Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A)  to require Facebook to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the user ID.

**Affidavit in Support of Application for Search Warrant - Page 1 of 18**

2.      I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

3.      I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed since February, 2009.  I am currently assigned to the DEA Garden City Post of Duty (GCPOD).  I attended the DEA Training Academy at Quantico, Virginia from September, 2008 to February, 2009, where I received specialized training in narcotics and money laundering investigations.  I have since received training in complex conspiracy investigations, telecommunications exploitation and asset forfeiture. Prior to joining the DEA, I was a police officer with the Arlington, Texas Police Department for over six years.

4.      I have participated as a law enforcement officer in investigations of unlawful narcotics distribution and have conducted wiretap investigations, physical and electronic surveillances, undercover transactions, the execution of search and arrest warrants, debriefings of informants, and review of taped conversations and drug records. Through my training, education and experience, I have become familiar with the manner in which illegal drugs are transported, stored and distributed, and the methods of payments for such drugs.  I am also familiar with some of the methods by which narcotics traffickers communicate and code words commonly used by narcotics traffickers.

**Affidavit in Support of Application for Search Warrant - Page 2 of 18**

5.      I am familiar with the facts and circumstances of the investigation set forth

below through my personal participation; from discussions with other federal agents and

local law enforcement officers; and from my review of records and reports relating to the

investigation.

6.      Sources of supply, distributors, and consumers of illegal drugs frequently

use Facebook, WhatsApp, Instagram, Snapchat and other social networking applications

as means of communication to facilitate drug transactions.

## PROBABLE CAUSE

7.      On August 20, 2020, Officers of the Garden City Police Department

(GCPD) arrested Joshua SUAZO and Alexis VALVERDE during an investigation at the

Comfort Inn located at 2608 E. Kansas Avenue, Garden City, Kansas, within the District

of Kansas. The investigation led to the seizure of approximately 79 grams of suspected

black tar heroin, approximately 14 grams of suspected methamphetamine, two handguns,

and assorted drug paraphernalia consistent with distribution of illicit narcotics. Along

with the above mentioned contraband, SUAZO and VALVERDE were each in

possession of a cellular telephone which was seized during their arrests.

8.      On the same date, a custodial post Miranda interview was conducted of

SUAZO by your Affiant and a Detective of the GCPD. SUAZO, Mirandized at the scene

of his arrest, agreed to speak with investigators during the interview and affirmed he

understood his previously issued Miranda warnings. SUAZO admitted to distributing

heroin and methamphetamine in Garden City, Kansas, within the District of Kansas.

SUAZO stated that he (SUAZO) purchases multiple ounces of heroin and

**Affidavit in Support of Application for Search Warrant - Page 3 of 18**

methamphetamine from a Source of Supply (SOS) in Pueblo, Colorado, which he (SUAZO) then transports from Colorado into the District of Kansas to distribute. SUAZO was hesitant to reveal specific details which would allow law enforcement to identify the SOS. In addition, your affiant believes that SUAZO was not forthcoming as it relates to the true identity of the SOS based on the information he (SUAZO) provided.

9.      On September 1, 2020, in U.S. District Court, District of Kansas (Wichita), the Honorable U.S. Magistrate Judge Kenneth G. Gale granted a search warrant of the two cellular telephones seized during the arrests of SUAZO and VALVERDE.

10.      Pursuant to the execution of the search warrant, your affiant reviewed the data extracted from SUAZO's telephone. Your affiant identified numerous messages/conversations indicative of drug trafficking activities in which SUAZO was utilizing Facebook Messenger User ID:  100029622317650 to facilitate distribution of illicit narcotics within the District of Kansas. Specifically, SUAZO communicated with an individual identified as Franklin KABER who possess Facebook Messenger User ID: 100003387275371. The context of the conversations over Facebook Messenger between SUAZO and KABER indicated that KABER was a SOS for SUAZO for heroin and methamphetamine. Specifically, on August 16, 2020, SUAZO contacted KABER via Facebook Messenger asking KABER to meet him (SUAZO). KABER asked where to meet SUAZO and SUAZO advised in Lamar (CO) or La Junta (CO). KABER affirmed and confirmed "half ways". This is an indication that KABER was in Pueblo, Colorado, and SUAZO in Garden City, Kansas. Lamar and La Junta, Colorado, are located on U.S. Highway 50, a highway which ultimately travels through Pueblo, Colorado, and Garden

**Affidavit in Support of Application for Search Warrant - Page 4 of 18**

City, Kansas. SUAZO advised that he (SUAZO) "needs some ASAP". KABER asked

SUAZO "how many". SUAZO advised "4 dark 2 clear". Your affiant knows that "dark"

is a street term/reference to black tar heroin and "clear" is a term used to indicate crystal

methamphetamine. The numbers "4" and "2" are references to the number of ounces

requested by SUAZO.

11.    On August 18, 2020, Facebook Messenger messages between SUAZO and

KABER indicate that SUAZO is in close geographic proximity to KABER in Colorado.

SUAZO asked KABER where to meet and if KABER has "that" ready. KABER replied

for SUAZO to go to his (KABER's) apartment. Your affiant believes that the term "that"

references the previous messages between SUAZO and KABER related to the previously

mentioned heroin and methamphetamine transaction.

12.    Your affiant identified numerous Facebook Messenger conversations

between SUAZO and individuals known to your affiant as known drug users and retail

drug distributors in Garden City, Kansas.  Many of these conversations indicated that

SUAZO and VALVERDE were in the District of Kansas distributing illicit narcotics.

Specifically, subsequent to the Facebook Messenger conversation between SUAZO and

KABER regarding the drug transaction August 16th through August 18th, SUAZO then

utilized Facebook Messenger to contact another individual in Garden City on August 19th

indicating that he (SUAZO) was back in town and had "both" on hand. That individual is

a known to the DEA GCPOD as a Garden City drug distributor and SUAZO's term

"both" is indicative of the methamphetamine and heroin that your affiant believes

KABER supplied SUAZO the previous day.

**Affidavit in Support of Application for Search Warrant - Page 5 of 18**

13.     Your affiant has identified the publicly visible Facebook profile of Joshua SUAZO under the vanity name Jay Suazo, Facebook User ID: 100029622317650, and URL address: https://www.facebook.com/jay.suazo.98. Publicly visible photographs on the profile are that of SUAZO and VALVERDE. SUAZO indicates that he (SUAZO) is in a relationship with Lexis Valverde, an alias for Alexis VALVERDE. Your affiant identified Franklin KABER as a "friend" associated to his (SUAZO's) Facebook profile.

14.     Your affiant has identified the publicly visible Facebook profile of Franklin KABER under the vanity name Franklin Kaber, Facebook User ID: 100003387275371, and URL address: https://www.facebook.com/franklin.kaber. Your affiant identified the publicly visible photographs on the profile as that of Franklin KABER. Your affiant positively identified KABER through both law enforcement databases and law enforcement records provided by Pueblo (CO) Police Department. In addition, KABER is currently a wanted person by the State of Colorado Department of Corrections pursuant to a parole violation.  Your affiant also identified Joshua (Jay) SUAZO as a "friend" associated to KABER's Facebook profile.

15.  KABER and SUAZO are utilizing Facebook to distribute illicit narcotics in the District of Kansas by facilitating drug transactions over Facebook Messenger in Conspiracy with each other, VALVERDE, and others. KABER's Facebook account, herein after referred to as **KABER's account**, is associated with the URL address: https://www.facebook.com/franklin.kaber and User ID: 100003387275371. SUAZO's

**Affidavit in Support of Application for Search Warrant - Page 6 of 18**

Facebook account, herein after referred to as **SUAZO's account,** is associated with URL

address: https://www.facebook.com/jay.suazo.98 and User ID: 100029622317650.

16.     Facebook owns and operates a free-access social networking website of the

same name that can be accessed at http://www.facebook.com.  Facebook allows its users

to establish accounts with Facebook, and users can then use their accounts to share

written news, photographs, videos, and other information with other Facebook users, and

sometimes with the general public.

17.     Facebook asks users to provide basic contact and personal identifying

information to Facebook, either during the registration process or thereafter.  This

information may include the user's full name, birth date, gender, contact e-mail

addresses, Facebook passwords, Facebook security questions and answers (for password

retrieval), physical address (including city, state, and zip code), telephone numbers,

screen names, websites, and other personal identifiers.  Facebook also assigns a user

identification number to each account.

18.     Facebook users may join one or more groups or networks to connect and

interact with other users who are members of the same group or network.  Facebook

assigns a group identification number to each group.  A Facebook user can also connect

directly with individual Facebook users by sending each user a "Friend Request."  If the

recipient of a "Friend Request" accepts the request, then the two users will become

"Friends" for purposes of Facebook and can exchange communications or view

information about each other.  Each Facebook user's account includes a list of that user's

**Affidavit in Support of Application for Search Warrant - Page 7 of 18**

"Friends" and a "News Feed," which highlights information about the user's "Friends,"
such as profile changes, upcoming events, and birthdays.

19.     Facebook users can select different levels of privacy for the
communications and information associated with their Facebook accounts.  By adjusting
these privacy settings, a Facebook user can make information available only to himself or
herself, to particular Facebook users, or to anyone with access to the Internet, including
people who are not Facebook users.  A Facebook user can also create "lists" of Facebook
friends to facilitate the application of these privacy settings.  Facebook accounts also
include other account settings that users can adjust to control, for example, the types of
notifications they receive from Facebook.

20.     Facebook users can create profiles that include photographs, lists of
personal interests, and other information.  Facebook users can also post "status" updates
about their whereabouts and actions, as well as links to videos, photographs, articles, and
other items available elsewhere on the Internet.  Facebook users can also post information
about upcoming "events," such as social occasions, by listing the event's time, location,
host, and guest list.  In addition, Facebook users can "check in" to particular locations or
add their geographic locations to their Facebook posts, thereby revealing their geographic
locations at particular dates and times.  A particular user's profile page also includes a
"Wall," which is a space where the user and his or her "Friends" can post messages,
attachments, and links that will typically be visible to anyone who can view the user's
profile.

**Affidavit in Support of Application for Search Warrant - Page 8 of 18**

21.     Facebook has a Photos application, where users can upload an unlimited number of albums and photos.  Another feature of the Photos application is the ability to "tag" (i.e., label) other Facebook users in a photo or video.

When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video.  For Facebook's purposes, the photos associated with a user's account will include all photos uploaded by that user that have not been deleted, as well as all photos uploaded by any user that have that user tagged in them.

22.     'Facebook Messenger' is the instant messaging service application within Facebook.  It allows users to send and receive messages with other Facebook users or groups of users, similar to e-mail messages or SMS text messaging service for cellular telephone users.  Facebook users can exchange private messages on Facebook with other users.  These messages are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information.  Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.  In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook.  These chat communications are stored in the chat history for the account.  Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

23.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

**Affidavit in Support of Application for Search Warrant - Page 9 of 18**

24.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

25.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

26.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.  The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

27.     Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

28.     The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page.  Gifts cost money to purchase, and a personalized message can be attached to each gift.  Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

29.     Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

30.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

31.     Facebook uses the term "Neoprint" to describe an expanded view of a given user profile.  The "Neoprint" for a given user can include the following information from the user's profile:  profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

32.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

**Affidavit in Support of Application for Search Warrant - Page 11 of 18**

33.     Social networking providers like Facebook typically retain additional

information about their users' accounts, such as information about the length of service

(including start date), the types of service utilized, and the means and source of any

payments associated with the service (including any credit card or bank account number).

In some cases, Facebook users may communicate directly with Facebook about issues

relating to their accounts, such as technical problems, billing inquiries, or complaints

from other users.  Social networking providers like Facebook typically retain records

about such communications, including records of contacts between the user and the

provider's support services, as well as records of any actions taken by the provider or

user as a result of the communications.  Based on the affiant's knowledge, training and

experience, and consultations with other law enforcement officers/agents, the affiant

knows that electronic data, such as text messages, pictures, contact list, etc. associated

with a social media account may be maintained on one or more computer servers

controlled by the network host.  This data may cover an extended period of time, which

may be months, or years' worth of data.  In addition, a social media network host can

store data until it is deleted, and keep that data preserved for many years.  The affiant also

knows that, in general, data will remain on a social media/networking account until it is

deleted by the user of the account.  Contemporaneous with this application, the affiant

viewed public portions of **KABER's and SUAZO's account**.  Further, in the experience

of the affiant and other investigators, computer files or remnants of such files may be

recovered months or even years after they have been downloaded onto a hard drive,

deleted, or viewed via the internet.  Consequently, the affiant believes the account and its

**Affidavit in Support of Application for Search Warrant - Page 12 of 18**

contents related to the conspiracy are substantively preserved on premises maintained by

Facebook.

34.     Therefore, the computers of Facebook are likely to contain all the material

described above, including stored electronic communications and information concerning

subscribers and their use of Facebook, such as account access information, transaction

information, and other account information.

**INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

35.     The affiant anticipates executing this warrant under the Electronic

Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and

2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government

copies of the records and other information (including the content of communications)

particularly described in Section I of Attachment B.  Upon receipt of the information

described in Section I of Attachment B, government-authorized persons will review that

information to locate the items described in Section II of Attachment B.

**CONCLUSION**

36.     Based on the forgoing, the affiant believes that probable cause exists that

**KABER's and SUAZO's account** contains evidence, fruits, and/or instrumentalities of

the violations of federal law. Therefore, the affiant requests that the Court issue the

proposed search warrant.

37.     This Court has jurisdiction to issue the requested warrant because it is "a

court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a),

**Affidavit in Support of Application for Search Warrant - Page 13 of 18**

(b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . .

that has jurisdiction over the offense being investigated, specifically, 21 U.S.C. §

841(a)(1), 21 U.S.C. § 843, and 21 U.S.C. § 846 .

38.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer

is not required for the service or execution of this warrant.

Respectfully submitted,

ERIK BROWN
Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me on this __9th__ day of November 2020 at

in Wichita, Kansas.

HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge
District of Kansas

## ATTACHMENT A
### Property to Be Searched

This warrant applies to information associated with the URL addresses:

https://www.facebook.com/franklin.kaber, and Facebook User ID:  100003387275371

and URL address: https://www.facebook.com/jay.suazo.98 and User ID:

100029622317650 that is stored at premises owned, maintained, controlled, or operated

by Facebook, a company headquartered in Menlo Park, California.

**Attachment B**

## ATTACHMENT B
### Particular Things to be Seized

**I.      Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the

possession, custody, or control of Facebook, including any messages, records, files, logs,

or information that have been deleted but are still available to Facebook, or have been

preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to

disclose the following information to the government for each user ID listed in

Attachment A:

(a)      All contact and personal identifying information, including **:** full name, user
identification number, birth date, gender, contact e-mail addresses,
Facebook passwords, Facebook security questions and answers, physical
address (including city, state, and zip code), telephone numbers, screen
names, websites, and other personal identifiers. All activity logs for the
account and all other documents showing the user's posts and other
Facebook activities;

(b)      All photos uploaded by that user ID and all photos uploaded by any user
that have that user tagged in them;

(c)      All profile information; News Feed information; status updates; links to
videos, photographs, articles, and other items; Notes; Wall postings; friend
lists, including the friends' Facebook user identification numbers;

groups and networks of which the user is a member, including the groups'
Facebook group identification numbers; future and past event postings;
rejected "Friend" requests; comments; gifts; pokes; tags; and information
about the user's access and use of Facebook applications;

(d)      All other records of communications and messages made or received by the
user, including all private messages, chat history, video calling history, and
pending "Friend" requests;

(e)      All "check ins" and other location information;

**Attachment B**

(f)    All IP logs, including all records of the IP addresses that logged into the account;

(g)    All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(h)    All information about the Facebook pages that the account is or was a "fan" of;

(i)    All past and present lists of friends created by the account;

(j)    All records of Facebook searches performed by the account;

(k)    All information about the user's access and use of Facebook Marketplace;

(l)    The types of service utilized by the user;

(m)    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(n)    All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(o)    All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 21 U.S.C. §§ 841 and 846 involving Franklin KABER since July 22, 2020. The information described in Section I should include for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Distribution of illegal drugs and evidence of any violation of 21 U.S.C. Section 841 or 21 U.S.C. Section 846.

(b) Records relating to who created, used, or communicated with the user IDs, including records about their identities and whereabouts.

**Attachment B**